NUMBER
13-11-00402-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

GUADALUPE
GARCIA,                                                                Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 138th District Court 

of Cameron County,
Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

     Before
Chief Justice Valdez and Justices Rodriguez and Garza

                               Memorandum
Opinion Per Curiam

 

Appellant,
Guadalupe Garcia, was convicted of theft.  On March 17, 2011, appellant filed a
notice of appeal by and through his attorney.  Counsel for appellant
subsequently filed a motion to dismiss the appeal with the trial court which
was granted on June 14, 2011.  This Court has requested that counsel file a
motion to dismiss the appeal with this Court in accordance with Texas Rule of
Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2 (a).  To date a motion to dismiss has not been filed. 

 

Although
no written motion has been filed in compliance with Rule 42.2(a) of the Texas
Rules of Appellate Procedure, based upon the order issued by the trial court we
conclude that appellant does not want to continue his appeal and that good
cause exists to suspend the operation of Rule 42.2(a) in this case.  See
Tex. R. App. P. 2.   Accordingly,
we dismiss the appeal.

 

PER CURIAM

Do not publish.  

See Tex. R. App. P.
47.2(b).  

Delivered and filed the

31st day of August, 2011.